AO 83 (Rev. 12/85) Summons in a Criminal Case

**FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII**
SEP 09 2025
at 9 o'clock and 15 min. A M
Lucy H. Carrillo, Clerk

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 25-00085-JAO-1 |
| JOHN FLOYD<br>(Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>COURTROOM 6 |
|---|---|
| Before: Kenneth J. Mansfield, United States Magistrate Judge | Date and Time<br>September 5, 2025 at 10:30 AM |

To Answer a(n) Indictment

Charging you with a violation of Title 18 United States Code, Section(s) 371 and 18:1001 and 2(b)

Brief description of offense:

Count 1: Conspiracy

Count 2: False Statement

---

Lucy H. Carrillo, Clerk of Court
Name and Title of Issuing Officer

/s/ Lucy H. Carrillo by CB
Signature of Issuing Officer/Deputy Clerk

8/29/2025
Date

AO 83 (Rev.06/09) Summons in a Criminal Case (Page 2)

Case No.    CR 25-00085-JAO-1

## PROOF OF SERVICE

This summons was received to me on (date) __9/5/2025__.

☑ I personally served the summons on this defendant __JOHN FLOYD__ at (place) __300 Ala Moana Blvd Honolulu, HI__, On (date) __9/25/2025__;

or

☐ On (date) _____ I left the summons at the individuals residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to (name of individual) _____, who is authorized to receive service of process on behalf of (name of organization) _____ on (date) _____ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare that under penalty of perjury that this information is true.

Date returned: __9/5/25__

__Billy Alan Arnes__
Server's Signature

__Bobby Arnes DUSM__
Printed name and title

Remarks: