KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:       Craig.Nolan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN FLOYD and　　　　(01)<br>NELSON WU,　　　　　　(02)<br><br>　　　　Defendants. | CASE NO. CR25-00085 JAO<br><br>STIPULATED MOTION<br>FOR PROTECTIVE ORDER |

## STIPULATED MOTION FOR PROTECTIVE ORDER

The United States of America moves for a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure.

This matter involves charges of conspiracy and false statements allegedly arising out of defendants' civilian employment with the United States Navy, Navy

Supply Systems Command Fleet Logistics Center Pearl Harbor, which included the Red Hill Bulk Fuel Storage Facility ("Red Hill").

The government anticipates that discovery in this matter will include grand jury information subject to Fed. R. Crim. P. 6(e), Department of Defense Critical Infrastructure Security Information as defined by 10 U.S.C. § 130e, information related to other litigation concerning Red Hill, and personnel, financial, and other sensitive information and records.  The unrestricted dissemination of such materials could (1) reveal matters before the grand jury, (2) reveal vulnerabilities in Department of Defense critical infrastructure that, if exploited, would likely result in the significant disruption, destruction, or damage of or to Department of Defense operations, property, or facilities, and/or (3) adversely affect the privacy interests of third-parties, necessitating a protective order.

Entry of the proposed protective order would facilitate discovery by the government, including the transfer of copies of sensitive discoverable information and records to defense counsel.

The government has conferred with counsel for defendants.  By signature of defense counsel below, defendants stipulate to this Motion and consent to entry of the proposed protective order.

For the above stated reasons, the government respectfully moves this Court to enter the proposed protective order relating to discovery produced by the government in this matter.

DATED: September 18, 2025, at Honolulu, Hawaii.

Respectfully Submitted,

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

By /s/ *Craig S. Nolan*
    CRAIG S. NOLAN
    Assistant U.S. Attorney

On behalf of Defendant John Floyd, I stipulate to this Motion and consent to entry of the proposed protective order.

DATED: September 18, 2025, at Honolulu, Hawaii.

/s/ *William A. Harrison*
WILLIAM A. HARRISON, Esq.
Attorney for Defendant
JOHN FLOYD

On behalf of Defendant Nelson Wu, I stipulate to this Motion and consent to entry of the proposed protective order.

DATED: September 18, 2025, at Honolulu, Hawaii.

/s/ *Allen M. K. Kaneshiro*
ALEN M. K. KANESHIRO, Esq.
Attorney for Defendant
NELSON WU

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date noted below, the true and correct copy of the foregoing was served electronically through CM/ECF:

WILLIAM A. HARRISON, Esq.
Attorney for Defendant
JOHN FLOYD

ALEN M. K. KANESHIRO, Esq.
Attorney for Defendant
NELSON WU

DATED: September 18, 2025, at Honolulu, Hawaii.

/s/ Craig S. Nolan
Craig S. Nolan
Assistant U.S. Attorney
U.S. Attorney's Office
District of Hawaii