HARRISON LAW CENTER, ALC

WILLIAM A. HARRISON  #2948
1001 Bishop Street, Suite 2828
American Savings Bank Tower
Honolulu, Hawaii 96813
Telephone Number: (808) 523-7041
Facsimile: (808) 538-7579
E-mail: william@harrisonlawcenter.com

Attorney for Defendant
JOHN FLOYD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 25-00085 JAO-01 |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| vs. | ) **MODIFYING CONDITIONS OF** |
| | ) **PRETRIAL RELEASE** |
| JOHN FLOYD (1), | ) |
| Defendant. | ) |

**STIPULATION AND ORDER**
**MODIFYING CONDITIONS OF PRETRIAL RELEASE**

Comes now the UNITED STATES OF AMERICA and Defendant JOHN FLOYD (hereinafter Defendant "FLOYD") above named, by and through their respective counsel undersigned, hereby stipulate and agree that the Order Setting Conditions of Release shall be modified as follows:

**The following conditions of release is deleted:**

(7v1) To ensure compliance with the restriction on illicit drug use, submit to random drug detection testing as approved by Pretrial Services. Do not obstruct, attempt to obstruct, or tamper with the drug detection testing process in any manner.

All other pre-trial supervision conditions be and shall remain the same.

DATED: Honolulu, Hawaii, October __16__, 2025.

By: /s/ William A. Harrison
_____
WILLIAM A. HARRISON
Attorney for Defendant
JOHN FLOYD

/s/ Craig S. Nolan
_____
MICHAEL NAMMAR
CRAIG NOLAN
Assistant U.S. Attorneys

_____
DAVID K. KAHUNAHANA
U.S. Pretrial Services Officer Specialist

**APPROVED AND SO ORDERED:**

**Dated: October 16, 2025, at Honolulu, Hawaii.**



Rom A. Trader
United States Magistrate Judge

---

*United States of America vs. John Floyd*; Cr. No. 25-00085 JAO-1
Stipulation and Order Modifying Conditions of Pretrial Release

2