IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>(01) JOHN FLOYD,<br>(02) NELSON WU,<br><br>Defendants. | 1:25-CR-00085-JAO-1<br><br>CRIMINAL SCHEDULING ORDER |

**CRIMINAL SCHEDULING ORDER**

Pursuant to Criminal Local Rule 2.1 and the Order Continuing Trial Date and Excluding Time Under the Speedy Trial Act, 1:25-CR-00085-JAO, IT IS HEREBY ORDERED:

**1.** The jury selection and trial are set for October 4, 2027, at 9:00 AM before United States District Judge Jill A. Otake.

**2.** A trial conference is set for September 23, 2027, at 9:00 AM. Defendant must attend in person.

a. Trial Presentation Statement - The joint trial presentation statement is due by September 16, 2027.

**3.** Motions – Motions, other than motions in limine, are due on August 23, 2027, and responses are due on September 7, 2027.

**4.** Rule 16 Discovery Conference Deadline - No later than **CLOSED**, the attorney for the government and the defendant's attorney shall confer and try to agree on a timetable and procedures for pretrial disclosure under Rule 16.

**5.** Fed R. Evid. 404(b) – The United States shall serve upon opposing counsel and file with the Court any Fed. R. Evid. 404(b) notice by August 30, 2027. Defendant shall oppose the use of such evidence by filing motions in limine as hereafter provided.

**6.** Motions in Limine

a. All motions in limine shall be filed with the Court and served upon opposing counsel by September 7, 2027.

b. Memoranda in opposition to any motions in limine shall be filed with the Court and served upon opposing counsel by September 14, 2027.

**7.** Brady and Giglio Material - The United States shall complete its production of evidence favorable to the Defendant on the issue of guilt or punishment, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and related authorities. Any impeachment material, cooperation agreements, plea agreements, promises of leniency and records of criminal convictions, required by *Giglio v. United States*, 405 U.S. 150 (1972), and its progeny shall be produced no later than September 7, 2027. The United States is under a continuing obligation to produce *Brady* and *Giglio* material.

**8.** Jury Instructions and Verdict Form

a. Jury instructions and a verdict form shall be prepared and submitted in accordance with Criminal Local Rule 30.1. The parties shall serve upon each other a set of proposed jury instructions and proposed verdict form by September 7, 2027. The proposed instructions shall include an "elements which must be proven by the prosecution" instruction for each offense charged and proposed language to fill in the charge and elements of the crime blanks of 9th CIR. CRIM. JURY INSTR. 1.02 (1995).

b. The parties shall thereafter meet and confer for the purpose of preparing one complete set of agreed upon jury instructions and verdict form. The jury instructions and verdict form which are agreed upon shall be filed with the Court by September 27, 2027.

c. Supplemental instructions which are not agreed upon and a concise argument supporting the appropriateness of the proposed instruction shall be filed with the Court by September 27, 2027. All objections to the non-agreed upon instructions and/or verdict form shall be in writing and filed by October 1, 2027.

**9.** Witness Lists - Each party shall serve upon opposing counsel and file a final comprehensive witness list indicating the identity of each witness that the party will call at trial in each respective case-in-chief by September 13, 2027.

**10.** Expert Disclosures - When so requested by either the United States or a defendant pursuant to Fed. R. Crim. P. 16(a)(1)(G)(i) and 16(b)(1)(C)(i), the

party/parties must make expert witness disclosures in accordance with the requirements of Fed. R. Crim. P. 16(a)(1)(G) and 16(b)(1)(c), at the time(s) and in the sequence as ordered by the Court. Absent a stipulation or court order, the time to disclose expert witnesses is as follows:

a. On or before July 26, 2027.

b. If the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed. R. Crim. P. 16(a)(1)(G) or 16(b)(1), disclosure is required August 2, 2027.

**11.** Exhibits -

a. The parties shall meet and exchange copies or, when appropriate, make available for inspection all exhibits to be offered and all schedules, summaries, diagrams and charts to be used at the trial other than for impeachment or rebuttal. Upon request, a party shall make the exhibit or the underlying documents of any exhibit available for inspection and copying. The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by October 1, 2027.

b. The Exhibit List shall be filed by October 1, 2027. One original set of exhibits (tabbed and in binders), and two copies of exhibits (tabbed in binders) shall be submitted to the Courtroom Manager the Friday before trial.

**12.** Stipulations - Stipulations, including stipulations to exhibits, shall be in writing and shall be filed with the Court by October 1, 2027.

**13.** Voir Dire Questions - The parties shall prepare in writing and submit to the Court any special voir dire inquiries they wish the judge to ask the jury panel by September 13, 2027.

**14.** Trial Briefs - Each party shall serve upon opposing counsel and file with the Court a trial brief by September 13, 2027. A trial brief shall address significant disputed issues of law, including foreseeable procedural and evidentiary issues, and shall briefly set forth the party's position and supporting arguments and authorities. If Defendant objects to the filing of a full trial brief because such a filing would disclose a theory of defense, that Defendant shall file a trial brief stating such objections and briefing the Court on matters not covered by such objection.

**15.** Concise Statement - The parties shall confer in advance of trial for the purpose of preparing an agreed upon concise statement of the case that may be read by the trial judge to the jury during voir dire. The agreed upon concise statement of the case shall be submitted to the Court. In the event of disagreement, the parties shall submit all proposed concise statements of the case to the Court. The agreed upon concise statement of the case shall be filed September 13, 2027.

**16.** Jencks Disclosures - Disclosures shall be provided as required by law pursuant to the Jencks Act (18 U.S.C. §3500), but are expected by the Court by

October 1, 2027.

**17.** <u>Other Matters</u> - (RESERVED)

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, August 7, 2026.

Jill A. Otake
United States District Judge

CRIMINAL SCHEDULING ORDER

*United States v. (01) John Floyd, (02) Nelson Wu*; 1:25-CR-00085-JAO-1